# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **BARRY S. CHRISTIANSON,** | **JUDGMENT IN A CIVIL CASE** |
| **Plaintiff,** | 3:07-cv-485-bbc |
| v. | |
| **MICHAEL ASTRUE,** Commissioner of Social Security, | |
| **Defendant.** | |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

    IT IS ORDERED that the decision of defendant Michael J. Astrue denying plaintiff's application for Disability Insurance Benefits under Title II of the Social Security Act, is AFFIRMED.

THERESA M. OWENS

_____
Theresa M. Owens, Clerk

Connie A. Korth
_____
by Deputy Clerk

2/7/08
_____
Date